# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Travonna Lide and Midland Association for Retarded Citizens,

\* From the 238th District Court of Midland County, Trial Court No. CV46806.

Vs. No. 11-13-00246-CV

\* November 7, 2013

Carmen Beth Glover,

\* Per Curiam Memorandum Opinion (Panel consists of: Wright, C.J., Willson, J., and Bailey, J.)

This court has considered Travonna Lide and Midland Association for Retarded Citizens' motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Travonna Lide and Midland Association for Retarded Citizens.